[No. 39086-4-I.     Division One.     June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN T. LAKS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01951-4, Thomas J. Wynne, J., entered June 26, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39104-6-I.     Division One.     June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE HARVEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06477-5, Janice Niemi, J., entered July 26, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39206-9-I.     Division One.     June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. T.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01770-5, Anthony P. Wartnik, J., entered August 5, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39227-1-I.     Division One.     June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JON PODGAYETS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03940-5, Michael J. Trickey, J., entered August 21, 1996. *Dismissed* by unpublished per curiam opinion.